**Motion Granted and Order filed June 14, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00137-CV

———————

**MARTIN A. LEBLANC, CHRISTOPHER J. RUSSO, TRIPLE RRR INVESTMENTS LLC, BASKET SPECIALTIES LLC, GULF COAST WIRELINE LLC, LONGHORN BITS LLC, PRIME 337 LLC, RUSSO ENERGY LLC, AND RUSSO EXPLORATION, Appellants/Cross-Appellees**

**V.**

**SUPERIOR ENERGY SERVICES, INC., STABIL DRILL SPECIALTIES, L.L.C., AND SESI, L.L.C., Appellees/Cross-Appellants**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-24818**

## ORDER

Before the court is an amended joint motion to dismiss the appeal as to certain parties, filed by Superior Energy Services, Inc.; Stabil Drill Specialties, L.L.C. ("Stabil Drill"); SESI, L.L.C.; Martin A. LeBlanc; Shorty's Outdoor Adventures, LLC ("Shorty's"); and LeBlanc Real Estate Investments, LLC ("LeBlanc REI").

Therein, these parties seek to dismiss the following portions of this proceeding, as they have reached a full and final settlement of their disputes among themselves: (1) Martin A. LeBlanc's appeal against the judgment against him in favor of Stabil Drill, (2) Stabil Drill's appeal against the trial court's denial of relief it was seeking against Shorty's and LeBlanc REI. The parties represent that the effect of this will be to eliminate Martin A. LeBlanc, Shorty's and LeBlanc REI as parties to this proceeding.[1] Stabil Drill intends to remain a party to this proceeding, however, as it wishes to maintain an appeal against other parties to this proceeding. No party has filed an objection to this motion, and the motion indicates that Christopher J. Russo and multiple entities with a connection to him are unopposed to the motion.

The court hereby **GRANTS** the amended joint motion to dismiss the appeal as to certain parties. Martin A. LeBlanc; Shorty's Outdoor Adventures, LLC; and LeBlanc Real Estate Investments are hereby dismissed as parties to this proceeding.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.

---

[1] Relatedly, counsel for those three parties (Reagan W. Simpson, John Kinchen, and Luis Fabrega) seek to withdraw their appearances as they do not wish to continue to be counsel of record for any parties in the case. The court hereby grants their requests.